```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08529
   BETTIE A LOCKETT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2576


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/18/2006 and was confirmed 09/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG   19787.96           .00        19787.96
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    8239.62           .00         3870.69
NORTH SHORE FUNDING       CURRENT MORTG    3991.56           .00         3991.56
NORTH SHORE FUNDING       MORTGAGE ARRE    6850.28           .00         3218.03
MARCUS PERRES & ASSOC     NOTICE ONLY    NOT FILED           .00              .00
WORLD FINANCIAL           UNSEC W/INTER    735.73            .00              .00
CFC FINANCIAL CORPORATIO  UNSEC W/INTER  NOT FILED           .00              .00
CITY OF CHICAGO PARKING   UNSEC W/INTER   1100.00            .00              .00
PRAMCO II LLC             UNSEC W/INTER  NOT FILED           .00              .00
PROVIDIAN NATIONAL BANK   UNSEC W/INTER  NOT FILED           .00              .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   1166.64            .00              .00
ROMANS                    UNSEC W/INTER  NOT FILED           .00              .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER   1384.97            .00              .00
SBC                       UNSEC W/INTER    358.19            .00              .00
PREMIER BANCARD CHARTER   UNSEC W/INTER    418.98            .00              .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    603.96            .00              .00
SELECT PORTFOLIO SERVICI  NOTICE ONLY    NOT FILED           .00              .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    299.32            .00              .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER    344.52            .00              .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED           .00              .00
TIMOTHY K LIOU            DEBTOR ATTY     1,358.20                       1,358.20
TOM VAUGHN                TRUSTEE                                        2,189.56
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  34,416.00

PRIORITY                                          .00
SECURED                                     30,868.24

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08529 BETTIE A LOCKETT
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,358.20
TRUSTEE COMPENSATION                                          2,189.56
DEBTOR REFUND                                                      .00
                                        ----------------   ----------------
TOTALS                                        34,416.00          34,416.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 10/29/08       _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```